# Exhibit A

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number | | Case Type |
|---|---|---|
| WAC2011251543 | | I129 - PETITION FOR A NONIMMIGRANT WORKER |
| **Received Date** | **Priority Date** | **Petitioner** |
| 02/12/2020 | | TEXAN DOGS LLC |
| **Notice Date** | **Page** | **Beneficiary** |
| 02/14/2020 | 1 of 2 | MAKANI, FAIZ RAVISH |

TEXAN DOGS LLC
c/o REHAN SHAMS ALIMOHAMMAD
WONG FLEMING PC
77 SUGAR CREEK CENTER BLVD STE 401
SUGAR LAND TX  77478

**Notice Type:** Premium Processing Receipt Notice
Amount received: $2400.00 U.S.
Class requested: L1A

Thank you for choosing to use the U.S. Citizenship and Immigration Services' Premium Processing service. We have received the application or petition ("your case") listed above and accepted it as a Premium Processing case. You should receive a notice regarding your case within 15 calendar days from the date shown as the "Received Date" above. If we need to contact you regarding your case, we may do so by mail, telephone, facsimile, or e-mail using the information you provided.

If you need to contact us regarding your Premium Processing case, you can do so using the information immediately below. The mailing address, e-mail address, and phone number listed below are for use in relation to Premium Processing Program cases only. You can obtain case status information from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case shown above by calling the phone number listed below.

CALIFORNIA SERVICE CENTER (CSC) Premium Processing:

| | |
|---|---|
| I-129 PP Routine Mail: | I-129 Premium Processing, USCIS, California Service Center P.O. Box 10825, Laguna Niguel, CA 92607-0825 |
| I-129 PP Courier Address: | USCIS, California Service Center 24000 Avila Road, 2nd Floor, Room 2302, Laguna Niguel, CA 92677 |
| I-129 PP Fax: | 949-389-3460 |
| I-129 PP Phone Number: | 1-866-315-5718 |
| Email address: | CSC-Premium.Processing@uscis.dhs.gov |

This notice shows that your case was filed on the "Received Date" listed above. It does NOT grant the beneficiary any immigration status, and it is not evidence that your case is still pending. We will notify you in writing when we make a decision on your case or if we need additional information.

Work authorization will only continue while this application or petition remains pending if expressly provided by statute or regulation and subject to any limitations prescribed therein.

Please save this and any other notices about your case for your records. You should also keep copies of anything you send us, as well as proof of delivery. Have these records available if you contact us about your case.

**If your address changes** - If you move while your case is pending, please visit www.uscis.gov/addresschange for information on how to update your address. Remember to update your address for all your receipt numbers.

Number of workers: 1

| Name | DOB | COB | Class | Consulate/POE | OCC |
|---|---|---|---|---|---|
| MAKANI, FAIZ RAVISH | 07/01/1996 | INDIA | B2 | | |

**Return of Original Documents** - Use Form G-884, Request for the Return of Original Documents, to request the return of original documents submitted to establish eligibility for an immigration or citizenship benefit. You only need to submit one Form G-884 if you are requesting multiple documents contained in a single USCIS file. However, if the requested documentation is in more than one USCIS file, you must submit a separate request for each file. (For example: if you wish to obtain your mother's birth certificate and your parents' marriage certificate, both of which are in the USCIS file that pertains to her, submit one Form G-884 with your mother's information.)

Please see the additional information on the back. You will be notified separately about any other cases you filed.

California Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 30111
Laguna Niguel CA 92607-0111



USCIS Contact Center: www.uscis.gov/contactcenter

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.   Form I-797C 04/01/19