UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

TEXAN DOGS, LLC v. MERRICK B. GARLAND, et al.
4:21-cv-01882

ATTACHEMENT #2 TO SUMMONS

**DEFENDANTS TO BE SERVED:**

Merrick B. Garland, Attorney-General of the United States
950 Pennsylvania Avenue, NW
Washington, DC 20530

U.S. Citizenship and Immigration Service (USCIS)
Office of the Chief Counsel
20 Massachusetts Avenue, NW
Room 4210
Washington, DC 20529

Tracy Renaud, Senior Official performing the duties of the director of the USCIS 20 Massachusetts Avenue, NW
Washington, DC 20529

Alejandro Mayorkas, Secretary of the U.S. Department of HomelandSecurity
650 Massachusetts Avenue, NW
Washington, DC20001

Kathy A. Baran, Director of the USCIS California Service Center
P.O. Box 30111
Laguna Niguel, CA 92607-0111